IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GAYLA PRICE,  )
 )
         Plaintiff,  )
 )
         v.  )    1:19-CV-960
 )
GREENSBORO NEWS &  )
RECORD, LLC, BH MEDIA  )
GROUP, INC., BERKSHIRE  )
HATHAWAY, INC. and KELLY  )
YOUNG,  )
 )
         Defendants.  )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

It is hereby **ORDERED AND ADJUDGED** that the defendant Berkshire Hathaway's motion to dismiss, Doc. 12, is **GRANTED** and this case is **DISMISSED** without prejudice as to Berkshire Hathaway, Inc..

This the 6th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE