IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:19-cv-00960-CCE-JEP

| | |
|---|---|
| GAYLA PRICE,<br><br>Plaintiff,<br><br>v.<br><br>GREENSBORO NEWS & RECORD, LLC, BH MEDIA GROUP, INC., and KELLY YOUNG<br><br>Defendants. | JOINT NOTICE OF SETTLEMENT |

Plaintiff Gayla Price and Defendants Greensboro News & Record, LLC and BH Media Group, Inc., by and through their respective attorneys, hereby give notice that the parties have resolved all claims in this matter. Upon finalization of a Settlement and Release Agreement, the parties will submit a Stipulation for Dismissal with Prejudice.

This the 22nd day of October, 2020.

**/s/ Joseph R. Pellington**
Joseph R. Pellington
NC Bar No. 43127
Email: jpellington@reddingjones.com
**/s/ Ty K. McTier**
Ty K. McTier
NC Bar No. 49401
Email: tmctier@reddingjones.com
REDDING & JONES, PLLC
2907 Providence Rd., Suite A303
Charlotte, NC 28211
Telephone: (704) 200-2056
Facsimile: (704) 200-2056
*Counsel for Plaintiff Gayla Price*

**/s/ William J. McMahon, IV**
William J. McMahon, IV
NC State Bar No. 34097
Email: bmcmahon@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

*Counsel for Defendants Greensboro News & Record, LLC and BH Media Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph R. Pellington (jpellington@reddingjones.com) and Ty K. McTier (tmctier@reddingjones.com).

This the 22nd day of October, 2020.

**/s/ William J. McMahon, IV**
William J. McMahon, IV
NC State Bar No. 34097
Email: bmcmahon@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

*Counsel for Defendants Greensboro News & Record, LLC and BH Media Group, Inc.*

7036284v.1