IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:19-cv-00960-CCE-JEP

| | |
|---|---|
| GAYLA PRICE, ) | |
| Plaintiff, ) | |
| v. ) | UPDATED JOINT NOTICE OF SETTLEMENT |
| GREENSBORO NEWS & RECORD, LLC, BH MEDIA GROUP, INC., and KELLY YOUNG ) | |
| Defendants. ) | |

Plaintiff Gayla Price and Defendants Greensboro News & Record, LLC and BH Media Group, Inc., by and through their respective attorneys, hereby give notice to the Court that they have now finalized a private Settlement and Release Agreement. Defendants are in the process of finalizing checks under the terms of that Agreement, and once those checks are delivered to Plaintiff's counsel, the parties will file a Stipulation of Dismissal with Prejudice. The parties anticipate that the Stipulation of Dismissal with Prejudice will be able to be filed on or before December 11, 2020.

This the 20th day of November, 2020.

| | |
|---|---|
| **/s/ Joseph R. Pellington** | **/s/ William J. McMahon, IV** |
| Joseph R. Pellington | William J. McMahon, IV |
| NC Bar No. 43127 | NC State Bar No. 34097 |
| Email: jpellington@reddingjones.com | Email: bmcmahon@constangy.com |
| **/s/ Ty K. McTier** | CONSTANGY, BROOKS, SMITH & |
| Ty K. McTier | PROPHETE, LLP |
| NC Bar No. 49401 | 100 North Cherry Street, Suite 300 |
| Email: tmctier@reddingjones.com | Winston-Salem, NC 27101 |
| REDDING & JONES, PLLC | Telephone: (336) 721-1001 |
| 2907 Providence Rd., Suite A303 | Facsimile: (336) 748-9112 |
| Charlotte, NC 28211 | |
| Telephone: (704) 200-2056 | *Counsel for Defendants Greensboro News* |
| Facsimile: (704) 200-2056 | *& Record, LLC and BH Media Group, Inc.* |
| *Counsel for Plaintiff Gayla Price* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this **UPDATED JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph R. Pellington (jpellington@reddingjones.com) and Ty K. McTier (tmctier@reddingjones.com).

This the 20th day of November, 2020.

                                               **/s/ William J. McMahon, IV**
William J. McMahon, IV
NC State Bar No. 34097
Email: bmcmahon@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

*Counsel for Defendants Greensboro News & Record, LLC and BH Media Group, Inc.*

7090694v.1